# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jason Miller,

    Plaintiff

v.

Jennifer Nash, et al.,

    Defendants

Case No. 2:19-cv-01407-JAD-EJY

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 5]

    On November 21, 2019, Magistrate Judge Elayna J. Youchah issued a report and recommendation for this court to dismiss this case because plaintiff Jason Miller has not filed an amended complaint that cures the deficiencies in his complaint that was dismissed more than three months ago.[1] When dismissing his claims with leave to amend, the magistrate judge cautioned Miller that his failure to file an amended complaint by September 19, 2019, "will result in a recommendation that this action be dismissed."[2] That deadline passed, and Miller has not filed an amended complaint, so—as promised—the magistrate judge recommends that I dismiss this action.[3] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

    IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 5] is ADOPTED** in full;

---

[1] ECF No. 5.

[2] ECF No. 3 at 4.

[3] ECF No. 5.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED that THIS ACTION IS DIMISSED. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: December 10, 2019

_____
U.S. District Judge Jennifer A. Dorsey